# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BIRMINGHAM EMERGENCY COMMUNICATIONS DISTRICT,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**LEVEL 3 COMMUNICATIONS, LLC AND LEVEL 3 COMMUNICATIONS, INC.,** )<br>)<br>**Defendants.** ) | Civil Action Number<br>**2:15-cv-01088-AKK** |

## ORDER

Consistent with the parties' Joint Stipulation of Dismissal, doc. 73, the court's order of March 7, 2019, doc. 72, is **REVISED** to reflect that this action is now **DISMISSED WITH PREJUDICE**. The parties bear their own costs.

**DONE** the 9th day of April, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE